) C.A. No. K13J-00403 JTV